```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

**NICO TRINKHAUS,**

              Plaintiff,          20cv3695 (JGK)

    - against -                <u>ORDER</u>

**AFAR MEDIA LLC,**

              Defendant.

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff should submit an order to show cause for a default judgment by July 3, 2020 or the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**    New York, New York
           June 25, 2020          /s/ John G. Koeltl
                                                       John G. Koeltl
                                       **United States District Judge**